**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**WOODROW FLEMMING,**

           **Plaintiff,**

     **v.**                                   **9:11-CV-00804
                                                  (NAM/TWD)**

**NANCY SMITH, et al.,**

           **Defendants.**
_____

**APPEARANCES:**                           **OF COUNSEL:**

WOODROW FLEMMING
P. O. Box 146
New York, New York 10039
Plaintiff *pro se*

HON. ERIC T. SCHNEIDERMAN          RICHARD LOMBARDO, ESQ.
Attorney General for the                  Assistant Attorney General
 State of New York
The Capitol
Albany, NY 12224-0341
Attorney for Defendants

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

## **ORDER**

     The above matter comes to me following a Report-Recommendation by Magistrate Judge Therese Wiley Dancks, duly filed on the 2nd day of July 2014. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The amended complaint is dismissed with prejudice under 28 U.S.C. §1915A.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case. Plaintiff shall be served by certified mail, return receipt requested.

**IT IS SO ORDERED.**

Dated: July 24, 2014
Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge